Daniel S Hefter (Illinois SBN 3127998)
**HEFTER LAW, LTD.**
332 S. Michigan Ave., Suite 900
Chicago, IL 60604
Telephone: (312) 403-9292
dhefter@hefter-law.com
*Attorney for Plaintiff*
*Pro Hac Vice*

Chad Conelly (SBN 022394)
**CONELLY LAW GROUP PLLC**
Indian Bend Corporate Centre
8161 E. Indian Bend Road, Suite 103
Scottsdale, AZ 85250
Telephone: (480) 268-2658
cc@arizonalegal.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Federal Savings Bank, | Case 2:23-cv-02453-JJT |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Independence Home Loans, LLC; Eric Katz; Barry Baumr; and Jonathan Moss, | |
| Defendants. | |

Pursuant F. R. Civ. P. 41(a)(1), the parties hereby stipulate to dismissal of this case with prejudice, with each party to bear his or its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED: December 3, 2025

HEFTER LAW, LTD.                    HYMSON GOLDSTEIN PANTILIAT & LOHR, PLLC

/s/ *Daniel S Hefter*                /s/ *Eddie A. Pantiliat*
Daniel S Hefter                      Eddie A. Pantiliat
*Attorney for Plaintiff*             *Attorney for Defendants*

CONELLY LAW GROUP PLLC

/s/ *Chad Conelly*
Chad Conelly
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that, on December 3, 2025, the foregoing Stipulation of Dismissal With Prejudice was served on all counsel who have appeared in the case via the Court's electronic filing and service system.

                                    /s/ *Daniel S Hefter*
                                    Daniel S Hefter